# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **HUMANISTAS SECULARES DE PUERTO RICO, INC., et al.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Eligio Hernandez Perez, in his official capacity as Secretary of Education and Luz Ramos, in her official and individual capacities.**<br><br>**Defendants.** | **CIVIL NO. 20-1111 (GAG)** |

## SPECIAL NOTICE OF APPEARANCE AND REQUEST FOR CONTINUANCE OF MEDIATION

**TO THE HONORABLE COURT:**

**COMES NOW,** the Commonwealth of Puerto Rico, without submitting to the Court's jurisdiction and without waiving any right, objection or defense arising from the Title III of Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. §§2101 et seq., the Commonwealth's Petition under said Title or under this case, and respectfully **ALLEGE** and **PRAY** as follows:

1. On March 4, 2020, the Commonwealth of Puerto Rico, through its Department of Justice, were served a copy of the Complaint in the instant case and of Orders at dockets No. 9 and No. 10.

2. This Honorable Court ordered a Mediation Hearing to be held on March 9, 2020 at 9:00am at the Hato Rey Courthouse. The Court further ordered that the parties and counsel come prepared to - in good faith - resolve the dispute. *See* Docket No. 10.

Special Appearance
Case No. 20-1111 (GAG)

3. It is important to note that codefendant, Eligio Hernandez Perez, in the instant case have been served recently and exclusively through the Department of Justice of Puerto Rico. Plaintiff has not given notice of the Complaint or of the Mediation Hearing to the Department of Education.[1]

4. Notwithstanding the above, the Commonwealth understands that a mediation conference to auscultate the possibility of reaching a resolution would be beneficial to all Parties.

5. In order to do so the undersigned must examine the allegations in the complaint and arrange a meeting with officials from the Department of Education that have knowledge on the matters alleged in the Complaint. Moreover, the undersigned must coordinate with officers from the Department of Education that have authority to agree and approve any possible amicable resolution, if necessary.

6. Accordingly, the Commonwealth requests that this Honorable Court allow for the continuance of the mediation hearing in order to allow time for the undersigned to meet with officials from the Department of Education.

**WHEREFORE**, the Commonwealth of Puerto Rico respectfully request that this Honorable Court grant the instant motion and set the mediation hearing for a later date.

**I HEREBY CERTIFY** that on this same date, I have electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

---

[1] Pursuant to Fed.R.Civ.P. 4(e)(1) and Rule 4.4(g) of the Puerto Rico Rules of Civil Procedure Plaintiff must serve process on the official **and** on the Department of Justice of Puerto Rico. Plaintiff has not properly executed summons on the Secretary of Education through either the Federal Rules of Civil Procedure or the Puerto Rico's Rules of Civil Procedure.

2

Special Appearance
Case No. 20-1111 (GAG)

 In San Juan, Puerto Rico, this March 6, 2020.

         **HON. DENISSE N. LONGO QUIÑONES**
         Secretary of Justice

         **WANDYMAR BURGOS VARGAS**
         Deputy Secretary in Charge of
         Litigation

         **SUSANA PEÑAGARÍCANO BROWN**
         Director of Federal Litigation
         and Bankruptcy Division

         <u>**S/JOEL TORRES ORTIZ**</u>
         **Joel Torres Ortiz**
         U.S.D.C. NO. 302311
         Department of Justice of Puerto Rico
         Federal Litigation Division

         P.O. Box 9020192
         San Juan, P.R., 00902-0192
         Tel. (787) 721-2900, ext. 1421 & 1412
         joeltorres@justicia.pr.gov

         *<u>S/ Josué N. Torres Crespo</u>*
         **Josué N. Torres Crespo**
         USDC No. 229805
         Department of Justice of Puerto Rico
         Federal Litigation Division
         P.O. Box 9020192
         San Juan, Puerto Rico 00902-0192
         Email: jntorres@justicia.pr.gov
         Phone: 787-721-2900 Ext. 1480