IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **HUMANISTAS SECULARES DE PUERTO RICO, INC.; DOE 1, DOE 2, DOE 3**<br><br>Plaintiffs,<br>v.<br><br>**ELIGIO HERNANDEZ PEREZ, in his official capacity as Secretary of Education and LUZ RAMOS, in her official and individual capacities**<br><br>Defendants. | **CASE NO. 20-01111 (GAG)** |

## MOTION TO RESTRICT

**TO THE HONORABLE COURT:**

   **NOW COMES,** the undersigned Court-appointed Mediator in the present case, who respectfully prays as follows:

1. In compliance with the directives of the Court at Docket No. 9, the undersigned Court-appointed Mediator will file an informative motion regarding the status of the Court-mandated mediation process in the present case.

2. In compliance with the court's Standing Order No. 9, the undersigned now respectfully requests that the Court endorse the filing of the above-mentioned document with restricted access.

3. The undersigned's motion references on-going discussions between the parties that we believe outweighs the presumption of public access until the process is duly finalized or until further directives from the Court.

1

Civil No. 20-01111 (GAG)

**WHEREFORE,** the undersigned respectfully requests that the Court takes notice of the above for all relevant purposes, and grants the filing of the aforementioned informative motion with restricted access.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this March 17, 2020.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loíza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
alfredo@cglawpr.com

**NOTICE OF ELECTRONIC FILING**

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
alfredo@cglawpr.com