IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**HUMANISTAS SECULARES DE PUERTO RICO, INC.; DOE 1, DOE 2, DOE 3,**

**Plaintiffs,**

v.

**ELIGIO HERNANDEZ PEREZ,** *in his official capacity* **and** *LUZ RAMOS in her official and individual capacities*,

**Defendants.**

**CASE NO. 20-1111 (GAG)**

## **JUDGMENT**

Pursuant to the Court's order at Docket No. 22, judgment of dismissal is hereby entered. The Court, however, retains jurisdiction to attend any matters until the mediator renders his final report.

**SO ORDERED.**

In San Juan, Puerto Rico this 17th day of March 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge