IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **HUMANISTAS SECULARES DE PUERTO RICO, INC.; DOE 1, DOE 2, DOE 3**<br>Plaintiffs,<br>v.<br><br>**ELIGIO HERNANDEZ PEREZ,** in his official capacity as Secretary of Education and **LUZ RAMOS,** in her official and individual capacities<br>**Defendants** | **CASE NO. 20-1111 (GAG)** |

### MOTION SUBMITTING THE COURT APPOINTED MEDIATOR'S REPORT

**TO THE HONORABLE COURT:**

**NOW COMES,** the undersigned Court-appointed Mediator in the present case, who as requested by the Court, respectfully informs the Court as follows:

1. As instructed by the Court, the parties entered into a mediation process before the undersigned with the intent to reach an amicable resolution to the controversy at issue (See Dockets No. 6 and 9). The above mediation process took place on March 9, 2020.

2. In compliance with the directives of the Court, the undersigned hereby submits the Mediation Report which contains the stipulations that were reached by the parties (**Exhibit 1**). Said Report has been previously furnished to the parties for their review and no objections were raised.

**WHEREFORE,** the undersigned respectfully requests that the Court takes notice of the above for all relevant purposes.

Civil No. 20-1111 (GAG)

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this August 7, 2020.

**CASTELLANOS GROUP, P.S.C.**
Cond. Madrid, Suite 304
Calle Loíza 1760
San Juan, PR 00911
Tel. 787-641-8447
Fax. (787)793-4495

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
alfredo@cglawpr.com

**NOTICE OF ELECTRONIC FILING**

**I HEREBY CERTIFY,** that on this date, I electronically filed the foregoing with the Clerk of the Counseling the CM/ECF system, which will notify copy to the attorneys of record.

**S/ ALFREDO A. CASTELLANOS**
**ALFREDO A. CASTELLANOS**
alfredo@cglawpr.com